IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM KLEIN,

    Plaintiff,                                                  Case No.: 3:14-cv-78

vs.

COMMISSIONER OF                              Magistrate Judge Michael J. Newman
SOCIAL SECURITY,                              (Consent Case)

    Defendant.

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 16); AND (2) AWARDING EAJA FEES IN THE AMOUNT OF $4,515.12**

This case is before the Court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), requesting attorney's fees in the amount of $4,515.12. Doc. 16. The Commissioner filed a memorandum in opposition to Plaintiff's motion. Doc. 17. Plaintiff filed a reply. Doc. 18. The undersigned has carefully considered all of these documents, including the attachments thereto, and Plaintiff's motion for attorney's fees is now ripe for decision.

EAJA provides for an award of attorney's fees to a party who prevails in a civil action against the United States "when the position taken by the Government is not substantially justified and no special circumstances exist warranting a denial of fees." *Bryant v. Comm'r of Soc. Sec.*, 578 F.3d 443, 445 (6th Cir. 2009) (citing 28 U.S.C. § 2412(d)(1)(A)). A party who prevails and obtains a Sentence Four remand is a prevailing party for EAJA purposes. *See Shalala v. Schaefer*, 509 U.S. 292, 301-02 (1993). EAJA fees are payable to the litigant. *Astrue v. Ratliff*, 586 U.S. 586, 589 (2010).

Here, Plaintiff is the prevailing party for EAJA purposes and, concluding the Commissioner's position concerning the ALJ's analysis of Matthew Noordsij-Jones, M.D.'s opinion was not substantially justified, he is therefore entitled to an award of attorney's fees under EAJA. *See Shalala*, 509 U.S. at 301-02.

Plaintiff's counsel advises the Court that he worked 24.00 hours on this case. Doc. 16-2 at PageID 644. At the requested amount of $4,515.12, this calculates as $188.13 per hour, an hourly rate this Court has previously found reasonable for Plaintiff's attorney. *See Early v. Comm'r of Soc. Sec.*, No. 3:14-CV-270, 2015 WL 6859149, at *1 (S.D. Ohio Oct. 16, 2015); *Daniel v. Comm'r of Soc. Sec.*, No. 3:14-CV-51, 2015 WL 6881247, at *1 (S.D. Ohio July 6, 2015). Having reviewed the time sheet entries submitted by Plaintiff's counsel, and considering the nature of the work counsel performed in this case, the Court finds both the hourly fee and the time expended reasonable. Accordingly, Plaintiff is entitled to an EAJA fees award in the amount of $4,515.12.

Based upon the foregoing: (1) Plaintiff's motion for an EAJA fee award (doc. 16) is **GRANTED**; and (2) Plaintiff is **AWARDED** the sum of $4,515.12 in EAJA fees. As further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

**IT IS SO ORDERED.**

Date:  December 15, 2015            s/ Michael J. Newman
                                    Michael J. Newman
                                    United States Magistrate Judge